IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

      Plaintiff,                      No. CIV S-05-1939 FCD KJM P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS,

      Defendant.                 ORDER

/

      Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court has screened plaintiff's complaint and finds that service of process is appropriate for defendants Flippo, Ritter, Caviness, Branson and Bull. The complaint states a cognizable claim for relief under the Eighth Amendment under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

      Plaintiff has filed a request for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298

1

1  (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of
2  counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.
3  1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the
4  court does not find the required exceptional circumstances.  Plaintiff's second request for the
5  appointment of counsel will therefore be denied.
6           In accordance with the above, IT IS HEREBY ORDERED that:
7           1.  Service is appropriate for defendants Flippo, Ritter, Caviness, Branson and
8  Bull.
9           2.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,
10 an instruction sheet and a copy of the complaint filed July 29, 2005.
11          3.  Within thirty days from the date of this order, plaintiff shall complete the
12 attached Notice of Submission of Documents and submit the following documents to the court:
13              a.  The completed Notice of Submission of Documents;
14              b.  One completed summons;
15              c.  One completed USM-285 form for each defendant listed in number 1
16              above; and
17              d.  Six copies of the endorsed amended complaint filed July 29, 2005.
18          4.  Plaintiff need not attempt service on defendants and need not request waiver of
19 service.  Upon receipt of the above-described documents, the court will direct the United States
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////

1 | Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
2 | without payment of costs.
3 |      5. Plaintiff's October 26, 2005 request for the appointment of counsel is denied.
4 | DATED: May 1, 2006.

                                               _____
                                             UNITED STATES MAGISTRATE JUDGE

1
hami1939.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON

     Plaintiff,                        No. CIV-S-05-1939 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF         NOTICE OF SUBMISSION
CORRECTIONS, et al.,
                                         OF DOCUMENTS
     Defendants.
_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __5__    completed USM-285 forms

    __6__    copies of the __7/29/05__
                                    Complaint

DATED:

                                                  _____
                                                  Plaintiff