IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

    Plaintiff,                  No. CIV S-05-1939 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendant.               <u>ORDER</u>

        /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

        On June 20, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Bull was returned with the notation "unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed July 29, 2005.


      2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

      a. One completed USM-285 form for defendant Bull;

      b. Two copies of the endorsed complaint filed July 29, 2005; and

      c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: August 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
hami1939.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

      Plaintiff,                                No. CIV S-05-1939 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,                    NOTICE OF SUBMISSION

                                                  OF DOCUMENTS

      Defendants.
_____ /

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

          _____    completed summons form

          __1__    completed USM-285 forms

          __2__    copies of the __July 29, 2005__
                                               Complaint

DATED:

                                                _____
                                                Plaintiff