BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
JAIME M. GANSON, State Bar No. 230206
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-6421
  Fax:  (916) 324-5205

Attorneys for Defendants Branson, Caviness, Flippo, and Ritter
SA2006302561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAMON ALAN HAMILTON,**<br><br>                          Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                          Defendants. | CASE NO. 2:05-CV-1939 FCD KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

    Good cause appearing, defendants are granted a 30-day extension of time to respond to plaintiff's Complaint.  Defendants' response to the Complaint shall be due on or before Wednesday, October 18, 2006.

Dated: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE