IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

       Plaintiff,                    No. CIV S-05-1939 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.            <u>ORDER</u>

/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff requests leave to file an amended complaint. Under Federal Rule of Civil Procedure 15(a), plaintiff's request will be granted and defendants' October 17, 2006 motion to dismiss will be denied as moot.

/////

/////

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint is dismissed;

2. Plaintiff is granted thirty days within which to file an amended complaint;

3. Defendants' October 17, 2006 motion to dismiss is denied as moot; and

4. The Clerk of the Court is directed to send plaintiff the court's form-complaint for violations of civil rights alleged by prisoners.

DATED: November 3, 2006.

U.S. MAGISTRATE JUDGE

1
hami1939.mta