IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALAN HAMILTON,

    Plaintiff,                             No. CIV S-05-1939 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                   <u>ORDER</u>

/

        On June 19, 2007, plaintiff filed a document titled "Amended Complaint." This civil rights action was closed on April 10, 2007. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: July 12, 2007.

                                                U.S. MAGISTRATE JUDGE

1
hami1939.58